IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT W. TUNSTALL, JR.,

      Plaintiff,               No. CIV S-06-2464 GEB GGH P

    vs.

M. VEAL, Warden, et al.,

      Defendants.      ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed. Pursuant to Fed. R. Civ. P. 41(a), the action is dismissed.

        Accordingly, the Clerk of Court shall close this case.

DATED: 4/27/07

                             /s/ Gregory G. Hollows

                             UNITED STATES MAGISTRATE JUDGE

GGH:009
tuns2464.59ggh